# EXHIBIT A

Governor of the Central Bank of Syria (individual) [SYRIA].
DERGHAM, Duraid (a.k.a. DERGHAM, Douraid; a.k.a. DURGHAM, Dureid); DOB 1964; Governor of the Central Bank of Syria (individual) [SYRIA].
DERIPASKA, Oleg Vladimirovich, Moscow, Russia; 64 Severnaya Street, Oktyabrsky, Khutor, Ust-Labinsky District, Krasnodar Territory 352332, Russia; 5, Belgrave Square, Belgravia, London SW1X 8PH, United Kingdom; DOB 02 Jan 1968; POB Dzerzhinsk, Nizhny Novgorod Region, Russia; citizen Russia; alt. citizen Cyprus; Gender Male (individual) [UKRAINE-EO13661] [UKRAINE-EO13662].
DERONJIC, Miroslav; DOB 06 Jun 1945; POB Bratunac, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].
DEROUDEL, Abdel Malek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek;
a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].
DERZHAVNE PIDPRYEMSTVO AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH (a.k.a. AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH, DP; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE AGRO-FIRMA MAGARACH NACIONALNOGO INSTITUTA VINOGRADA I VINA MAGARACH; a.k.a. MAGARACH AGRICULTURAL COMPANY OF NATIONAL INSTITUTE OF WINE AND GRAPES MAGARACH; a.k.a. STATE ENTERPRISE AGRICULTURAL COMPANY MAGARACH NATIONAL INSTITUTE OF VINE AND WINE MAGARACH; a.k.a. STATE ENTERPRISE MAGARACH OF THE NATIONAL INSTITUTE OF WINE), Bud. 9 vul. Chapaeva, S.Viline, Bakhchysaraisky R-N, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisarayski district 98433, Ukraine; 9, Chapaeva Str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; Website http://magarach-institut.ru/; Email Address magar@ukr.net; Registration ID 11231070006000476 (Ukraine); Government Gazette Number 31332064 (Ukraine) [UKRAINE-EO13685].
DERZHAVNE PIDPRYEMSTVO ZAVOD SHAMPANSKYKH VYN NOVY SVIT (a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE ZAVOD SHAMPANSKYKH VIN NOVY SVET; a.k.a. NOVY SVET WINERY; a.k.a. NOVY SVET WINERY STATE ENTERPRISE; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINE NOVY SVET; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINES NEW WORLD; a.k.a. ZAVOD SHAMPANSKYKH VYN NOVY SVIT, DP), 1 Shaliapin Street, Novy Svet Village, Sudak, Crimea 98032, Ukraine; Bud. 1 vul. Shalyapina Smt, Novy Svit, Sudak, Crimea 98032, Ukraine; 1 Shalyapina str. Novy Svet, Sudak 98032, Ukraine; Website http://nsvet.com.ua/en/contacts; Email Address boss@nsvet.com.ua; Registration ID 00412665 (Ukraine) [UKRAINE-EO13685].
DESARROLLADORA SAN FRANCISCO DEL RINCON, S.A. DE C. V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 27273-1 (Mexico) [SDNTK].
DESARROLLAR LTDA. (a.k.a. DESARROLLOS URBANOS, LTDA.), Calle 74 No. 53-30, Barranquilla, Colombia; NIT # 890108104-2 (Colombia) [SDNT].
DESARROLLO AGRICOLA ORGANICO S.P.R. DE R.L. (a.k.a. DESARROLLO AGRICULTURA ORGANICO, S.P.R. DE R.L.), Guadalajara, Jalisco, Mexico; Folio Mercantil No. 61497 (Mexico) [SDNTK].
DESARROLLO AGRICOLA VERDE DE SAYULA S.P.R. DE R.L. (a.k.a. DESARROLLO AGRICULTURA VERDE DE SAYULA, S.P.R. DE R.L.), Guadalajara, Jalisco, Mexico; Folio Mercantil No. 61803 (Mexico) [SDNTK].
DESARROLLO AGRICULTURA ORGANICO, S.P.R. DE R.L. (a.k.a. DESARROLLO AGRICOLA ORGANICO S.P.R. DE R.L.), Guadalajara, Jalisco, Mexico; Folio Mercantil No. 61497 (Mexico) [SDNTK].
DESARROLLO AGRICULTURA VERDE DE SAYULA, S.P.R. DE R.L. (a.k.a. DESARROLLO AGRICOLA VERDE DE SAYULA S.P.R. DE R.L.), Guadalajara, Jalisco, Mexico; Folio Mercantil No. 61803 (Mexico) [SDNTK].
DESARROLLO ARQUITECTONICO FORTIA, S.A. DE C.V., Avenida Vallarta No. 6503, Piso 15, Col. C.D. Granja, Zapopan, Jalisco 45010, Mexico; Calzada de los Fresnos, No 70-A, Col. C.D. Granja, Zapopan, Jalisco 45010, Mexico; Vereda De La Alondra No 8, Col Puerta De Hierro, Zapopan, Jalisco  45116, Mexico; Vereda De La Alondra No 8, Col Puerta De Hierro, Tlajomulco de Zuniga, Jalisco, Mexico; Avenida Miguel Hidalgo Manzana 47, Lote 11, Local - B, Colonia Reg. 92, Benito Juarez, Quintana Roo 77516, Mexico; R.F.C. DAF0301276R6 (Mexico); Folio Mercantil No. 17103 (Mexico) [SDNTK].
DESARROLLO GEMMA CORPORATION, Calle 52 Bella Vista, Chalet # 17, Panama City, Panama; RUC # 25544701403775 (Panama) [SDNT].
DESARROLLO MINERO RESPONSABLE C.I. S.A.S. (a.k.a. DMR C.I. S.A.S.); NIT # 900386627-9 (Colombia) [SDNTK].
DESARROLLO URBANISTICO DEL ATLANTICO, S.A. (a.k.a. "D.U.A.S.A."), Panama; RUC # 30564-13-239335 (Panama) [SDNTK].
DESARROLLOS AGROINDUSTRIALES S.A., Tranversal 13A No. 118A-45 Ofc. 301, Bogota,

# EXHIBIT B

