## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG DERIPASKA,<br><br>        Plaintiff,<br><br>v.<br><br>STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL,<br><br>        Defendants. | Civil Action No. 19-cv-00727 (APM) |

### [PROPOSED] ORDER

Upon due consideration of the parties' Joint Motion for Scheduling Order, it is hereby ordered that the following scheduling order is entered:

- Defendants shall file the administrative record for the above-captioned matter on or before May 21, 2019;

- Plaintiff shall file any amendment to his Complaint on or before June 20, 2019;

- Defendants' response to Plaintiff's Complaint, which Defendants have indicated will be a combined motion to dismiss and motion for summary judgment, shall be due on or before July 19, 2019;

- Plaintiff's opposition to Defendants' combined motion to dismiss and motion for summary judgment, and Plaintiff's cross-motion for summary judgment shall be due on or before August 19, 2019;

- Defendants' opposition to Plaintiff's cross-motion for summary judgment, and Defendants' reply in support of their combined motion to dismiss and motion for summary judgment, shall be due on or before September 17, 2019;
- Plaintiff's reply in support of his cross-motion for summary judgment shall be due on or before October 16, 2019.

**SO ORDERED.**

Date: __May 16,__ , 2019

_____
HON. AMIT P. MEHTA
United States District Judge