UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG DERIPASKA,<br><br>*Plaintiff*,<br><br>v.<br><br>STEVEN T. MNUCHIN, Secretary of the Department of the Treasury, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:19-cv-00727 |

## NOTICE OF FILING OF CERTIFIED LIST OF CONTENTS
## OF ADMINISTRATIVE RECORD

Pursuant to Local Rule 7(n)(1) and the Court's scheduling order, ECF No. 4, attached hereto is a certified index of the contents of the Administrative Record in this case. A redacted copy of the Administrative Record was transmitted to counsel for plaintiff on April 29, 2019.

Dated: May 21, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Director

  */s/ Nicholas Cartier* .
NICHOLAS CARTIER
Trial Attorney (DC Bar # 495850)
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8351

*Attorneys for Defendants*