# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG DERIPASKA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL,<br><br>    Defendants. | Civil Action No. 19-cv-00727 (APM) |

## DEFENDANTS' UNOPPOSED EXTENSION MOTION

Defendants Steven T. Mnuchin, in his official capacity as Secretary of the United States Department of the Treasury, and Andrea M. Gacki, in her official capacity as Director of Treasury's Office of Foreign Assets Control ("OFAC"), hereby move unopposed for a two-week extension of their July 19, 2019 deadline to file a combined motion to dismiss and motion for summary judgment. *See* May 16, 2019 Order, ECF No. 4 (setting schedule). Undersigned counsel has been dealing with a medical issue which has delayed work on the matter. In addition, Defendants' ability to engage in needed consultations with personnel at both OFAC, Treasury and DOJ has been slowed due to the scheduled leave of various personnel. A two-week extension will permit Defendants to complete these necessary consultations. Pursuant to Local Rule 7(m), counsel for the parties conferred, and Plaintiff does not oppose the extension request.

Accordingly, Defendants respectfully request that Defendants' combined motion to dismiss and motion for summary judgment be due on August 2, 2019, and that the remaining

deadlines in the Court's May 16, 2019 scheduling order likewise be extended by two weeks, as reflected in the attached proposed order.

Dated: July 12, 2019                      Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Director

  /s/ *Nicholas Cartier*
NICHOLAS CARTIER
Trial Attorney (DC Bar # 495850)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Tel:  (202) 616-8351
Fax:  (202) 616-8470
E-mail:  Nicholas.Cartier@usdoj.gov

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG DERIPASKA,<br><br>              Plaintiff,<br><br>    v.<br><br>STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL,<br><br>              Defendants. | Civil Action No. 19-cv-00727 (APM) |

## [PROPOSED] ORDER

Upon due consideration of Defendants' Unopposed Extension Motion, it is hereby ordered that the following amended scheduling order is entered:

- Defendants' response to Plaintiff's Complaint, which Defendants have indicated will be a combined motion to dismiss and motion for summary judgment, shall be due on or before August 2, 2019;

- Plaintiff's opposition to Defendants' combined motion to dismiss and motion for summary judgment, and Plaintiff's cross-motion for summary judgment shall be due on or before September 2, 2019;

- Defendants' opposition to Plaintiff's cross-motion for summary judgment, and Defendants' reply in support of their combined motion to dismiss and motion for summary judgment, shall be due on or before October 1, 2019;

- Plaintiff's reply in support of his cross-motion for summary judgment shall be due on or before October 30, 2019.

2

**SO ORDERED**.

Date: _____, 2019            _____
                                              HON. AMIT P. MEHTA
                                              United States District Judge