IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG DERIPASKA,<br><br>                    Plaintiff,<br><br>              v.<br><br>STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL,<br><br>                    Defendants. | Civil Action No. 19-cv-00727 (APM) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that this action is DISMISSED.

**SO ORDERED**.


Date: _____, 2019                    _____
                                                                       HON. AMIT P. MEHTA
                                                                       United States District Judge