# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG DERIPASKA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL,<br><br>　　　　　　Defendants. | Civil Action No. 19-cv-00727 (APM) |

## DEFENDANTS' UNOPPOSED EXTENSION MOTION

Defendants Steven T. Mnuchin, in his official capacity as Secretary of the United States Department of the Treasury, and Andrea M. Gacki, in her official capacity as Director of Treasury's Office of Foreign Assets Control ("OFAC"), hereby move unopposed for a three-day extension of their October 8, 2019 deadline to file an opposition to Plaintiff's motion for summary judgment (ECF No. 11) and reply in further support of Defendants' combined motion to dismiss and motion for summary judgment (ECF No. 9).  *See* September 25, 2019 Minute Order (setting revised schedule).  Undersigned counsel's mother has had a medical emergency, requiring the undersigned to travel in order to provide care and assistance.  Unfortunately, this will slightly delay the completion of Defendants' opposition and reply.  Pursuant to Local Rule 7(m), counsel for the parties conferred, and Plaintiff consents to the extension request.

Accordingly, Defendants respectfully request that their opposition to Plaintiff's motion for summary judgment and reply in further support of Defendants' combined motion to dismiss and motion for summary judgment be due on or before October 11, 2019, with a corresponding three-

day extension for Plaintiff's reply brief, which Defendants' request be due on November 11, 2019. A proposed order to this effect is attached herewith.

Dated:  October 2, 2019                    Respectfully submitted,

                                                            JOSEPH H. HUNT
                                                            Assistant Attorney General

                                                            DIANE KELLEHER
                                                            Assistant Director

                                                              /s/ *Nicholas Cartier*
                                                            NICHOLAS CARTIER
                                                            Trial Attorney (DC Bar # 495850)
                                                            U.S. Department of Justice
                                                            Civil Division, Federal Programs Branch
                                                            1100 L Street, N.W.
                                                            Washington, DC  20005
                                                            Tel:  (202) 616-8351
                                                            Fax:  (202) 616-8470
                                                            E-mail:  Nicholas.Cartier@usdoj.gov

                                                            *Counsel for Defendant*

Case 1:19-cv-00727-APM   Document 13-1   Filed 10/02/19   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG DERIPASKA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL,<br><br>    Defendants. | Civil Action No. 19-cv-00727 (APM) |

## [PROPOSED] ORDER

Upon due consideration of Defendants' Unopposed Extension Motion, it is hereby ordered that the following amended briefing schedule is entered:

- Defendants' reply in support of their combined motion to dismiss and motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment shall be due on or before October 11, 2019;

- Plaintiff's reply in support of his cross-motion for summary judgment shall be due on or before November 11, 2019.

**SO ORDERED**.

Date: _____, 2019

                   HON. AMIT P. MEHTA
                   United States District Judge