## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG DERIPASKA,<br><br>        Plaintiff,<br><br>v.<br><br>STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL,<br><br>        Defendants. | Civil Action No. 19-cv-00727 (APM) |

## ORDER

Upon due consideration of Defendants' Notice of Withdrawal of Opposition to Plaintiff's Motion for Leave to File Supplemental Pleading and Joint Request to File Status Report within 75 Days in Lieu of December 9, 2019 Status Conference, it is hereby ordered that:

- The December 9, 2019 Status Conference is cancelled; and

- The parties shall file a joint status report within 75 days informing the Court as to whether Defendants have provided an unclassified summary to Plaintiff, the status of Plaintiff's request for administrative reconsideration of his designation under Executive Order 13662, and, if possible, a proposed schedule that includes time for Plaintiff to amend his complaint, if necessary, and a summary judgment briefing schedule.

- Additionally, further consideration of the pending Motion to Dismiss or in the Alternative for Summary Judgment, ECF No. 9, is hereby stayed until further order of the court.

Date: _____, 2019

                                                    HON. AMIT P. MEHTA
                                                    United States District Judge