**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OLEG DERIPASKA,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL,<br><br>  Defendants. | Civil Action No. 19-cv-00727 (APM) |

## JOINT STATUS REPORT

Defendants Steven T. Mnuchin, in his official capacity as Secretary of the United States Department of the Treasury, Andrea M. Gacki, in her official capacity as Director of Treasury's Office of Foreign Assets Control ("OFAC"), and Plaintiff Oleg Deripaska submit this Joint Status Report pursuant to the Court's December 6, 2019 Order.  Dkt. No. 21.  The Court's Order directed the parties to address whether Defendants have provided an unclassified summary to Plaintiff, the status of Plaintiff's request for administrative reconsideration of his designation under Executive Order 13662, and, if possible, a proposed schedule that includes time for Plaintiff to amend his complaint, if necessary, and a summary judgment briefing schedule.  *Id*.

1.  On January 22, 2020, after a lengthy declassification review process, Defendants provided Plaintiff with an unclassified summary of classified portions of the administrative record underlying his designations under Executive Orders 13661 and 13662.

2.  With respect to the status of Plaintiff's request for administrative reconsideration of his designation under Executive Order 13662, on November 13, 2019, OFAC sent a questionnaire

to Plaintiff seeking additional information relating to his potential operations in the energy sector of the Russian economy.  On January 6, 2020, Plaintiff provided a response to the questionnaire, and on February 14, 2020, Defendants sent Plaintiff a supplemental questionnaire, to which Plaintiff intends to respond by February 21, 2020.  As previously indicated by Defendants, OFAC will endeavor to provide a response to Plaintiff's request for administrative reconsideration no later than March 6, 2020.

3.      Because OFAC has not yet reached a decision with respect to Plaintiff's request for administrative reconsideration, the parties do not believe that they are in position to propose a schedule for either amendment of Plaintiff's Complaint or a renewed summary judgment briefing schedule. However, they agree that they will be able to do so in short order once OFAC reaches a final decision concerning Plaintiff's delisting petition. Accordingly, the parties propose that they file a further joint status report on March 12, 2020. In that status report, the parties expect that they will be able to propose a joint schedule for further proceedings, including a time for Plaintiff to amend his complaint, if necessary, and a summary judgment briefing schedule.

A proposed order to this effect is attached.

Dated:  February 19, 2020                                     Respectfully submitted,

                                                                                    JOSEPH H. HUNT
                                                                                    Assistant Attorney General

                                                                                    DIANE KELLEHER
                                                                                    Assistant Director

                                                                                     /s/ *Nicholas Cartier*
                                                                                    NICHOLAS CARTIER
                                                                                    Trial Attorney (DC Bar # 495850)
                                                                                    U.S. Department of Justice
                                                                                    Civil Division, Federal Programs Branch
                                                                                    1100 L Street, N.W.
                                                                                    Washington, DC  20005
                                                                                    Tel:  (202) 616-8351
                                                                                    Fax:  (202) 616-8470

        E-mail:  Nicholas.Cartier@usdoj.gov

*Counsel for Defendant*


<u>/s/ Erich C. Ferrari, Esq.</u>
Erich C. Ferrari, Esq.
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
DC Bar No. 978253

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OLEG DERIPASKA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL,<br><br>    Defendants. | Civil Action No. 19-cv-00727 (APM) |

**[PROPOSED] ORDER**

Upon due consideration of the parties' Joint Status report, it is hereby ordered that the parties shall file a further joint status report no later than March 12, 2020, informing the Court about the status of Plaintiff's request for administrative reconsideration of his designation under Executive Order 13662, and, if appropriate, a proposed schedule for further proceedings, including a time for Plaintiff to amend his complaint, if necessary, and a summary judgment briefing schedule.

**SO ORDERED**.


Date: _____, 2020

                     _____
                     HON. AMIT P. MEHTA
                     United States District Judge