# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG DERIPASKA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL, <br><br> Defendants. | Civil Action No. 19-cv-00727 (APM) |

## **CONSENT MOTION TO EXTEND DEADLINE TO FILE STATUS REPORT**

The Court's February 20, 2020 Minute Order requires the parties —Defendants Steven T. Mnuchin, in his official capacity as Secretary of the United States Department of the Treasury, Andrea M. Gacki, in her official capacity as Director of Treasury's Office of Foreign Assets Control ("OFAC"), and Plaintiff Oleg Deripaska — to submit a Joint Status Report on today's date setting forth a schedule for further proceedings in this matter. However, undersigned Defense counsel is leaving the Department of Justice for other employment and this case is currently in the process of being reassigned to a new attorney. In order to allow time for this transition to take place and for Defendants to be in a position to propose a schedule for further proceedings, Defendants respectfully request a short extension and that the parties' Joint Status Report be due on Tuesday, March 17, 2020.

Pursuant to Local Civil Rule 7(m), the parties have conferred and Plaintiff's counsel has consented to this extension request. A proposed order is attached herewith.

Dated:  March 12, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Director

  /s/ *Nicholas Cartier*
NICHOLAS CARTIER
Trial Attorney (DC Bar # 495850)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel:  (202) 616-8351
Fax:  (202) 616-8470
E-mail:  Nicholas.Cartier@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OLEG DERIPASKA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL,<br><br>Defendants. | Civil Action No. 19-cv-00727 (APM) |

**[PROPOSED] ORDER**

Upon due consideration of the Consent Motion to Extend Deadline to File Status Report, it is hereby ordered that the parties shall file a joint status report no later than March 17, 2020, setting forth a proposed schedule for further proceedings.

**SO ORDERED**.


Date: _____, 2020         _____
                                       HON. AMIT P. MEHTA
                                       United States District Judge