# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG DERIPASKA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL,<br><br>　　　　　Defendants. | Civil Action No. 19-cv-00727 (APM) |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that by this filing, undersigned attorney Nathan Michael Swinton of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as lead counsel on behalf of the Defendants in the above-captioned case.

By this filing, Mr. Swinton's appearance also substitutes for the appearance of Nicholas P. Cartier as counsel for the Defendants.

Dated:  March 17, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　DIANE KELLEHER
　　　　　　　　　　　　　　　　　　　　Assistant Director

　　　　　　　　　　　　　　　　　　　　  /s/ *Nathan M. Swinton*
　　　　　　　　　　　　　　　　　　　　NATHAN M. SWINTON
　　　　　　　　　　　　　　　　　　　　Trial Attorney (NY Bar)

U.S. Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street, N.W.  
Washington, DC  20005  
Tel:  (202) 305-7667  
Fax:  (202) 616-8470  
E-mail:  Nathan.M.Swinton@usdoj.gov