**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OLEG DERIPASKA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL, <br><br> Defendants. | Civil Action No. 19-cv-00727 (APM) |

**JOINT STATUS REPORT**

Defendants Steven T. Mnuchin, in his official capacity as Secretary of the United States Department of the Treasury, Andrea M. Gacki, in her official capacity as Director of Treasury's Office of Foreign Assets Control ("OFAC"), and Plaintiff Oleg Deripaska submit this Joint Status Report pursuant to the Court's February 20, 2020 Minute Order.  Below, the parties propose a schedule that will allow time for Plaintiff to amend his complaint and for the parties to file renewed motions for summary judgment in light of two developments that have occurred since the completion of the parties' initial round of summary judgment briefing. Pursuant to Fed. R. Civ. Pro. 15(a)(2), Defendants consent to Plaintiff's amendment of his complaint.

1. First, on January 22, 2020, after a declassification review process, Defendants provided Plaintiff with an unclassified summary of classified portions of the administrative record underlying his designation under Executive Order 13661.

2. Second, on March 6, 2020, Defendants denied Plaintiff's request for administrative reconsideration of his designation under Executive Order 13662.  Defendants have stated that they

will endeavor to provide Plaintiff with the underlying evidentiary memorandum for the denial no later than March 26, 2020.

    3.    Accordingly, in light of these developments, the parties propose the following schedule to allow time for Plaintiff to amend his complaint and for the parties to file a renewed round of summary judgment briefs:

- Plaintiff shall file any amendment to his Complaint on or before April 16, 2020;

- Defendants' response to Plaintiff's Complaint, which Defendants have indicated will be a combined motion to dismiss and motion for summary judgment, shall be due on or before May 15, 2020;

- Plaintiff's opposition to Defendants' combined motion to dismiss and motion for summary judgment, and Plaintiff's cross-motion for summary judgment, shall be due on or before June 5, 2020;

- Defendants' opposition to Plaintiff's cross-motion for summary judgment, and Defendants' reply in support of their combined motion to dismiss and motion for summary judgment, shall be due on or before July 6, 2020

- Plaintiff's reply in support of his cross-motion for summary judgment shall be due on or before July 17, 2020.

Dated:  March 17, 2020                                         Respectfully submitted,

                                                                       JOSEPH H. HUNT
                                                                       Assistant Attorney General

                                                                       DIANE KELLEHER
                                                                       Assistant Director

                                                                       _/s/ *Nathan M. Swinton*_____
                                                                       NATHAN M. SWINTON
                                                                       Trial Attorney (NY Bar)
                                                                       U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel:  (202) 305-7667
Fax:  (202) 616-8470
E-mail:  Nathan.M.Swinton@usdoj.gov

*Counsel for Defendants*


/s/ Erich C. Ferrari, Esq.
Erich C. Ferrari, Esq.
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
DC Bar No. 978253

*Counsel for Plaintiff*