# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG DERIPASKA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL,<br><br>    Defendants. | Civil Action No. 19-cv-00727 (APM) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that this action is DISMISSED.

**SO ORDERED**.


Date: _____, 2020        _____
                                    HON. AMIT P. MEHTA
                                    United States District Judge