**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OLEG DERIPASKA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL,<br><br>　　　　　Defendants. | Civil Action No. 19-cv-00727 (APM) |

## NOTICE OF FILING OF CERTIFICATION AND INDEX OF ADMINISTRATIVE RECORD

Pursuant to Local Rule 7(n)(1), Defendants hereby notice the filing of the certification and index of the Administrative Record in the above-captioned case. The Administrative Record consists of materials compiled by the Defendants in support the agency actions challenged in this case by Plaintiff.

Also pursuant to Local Rule 7(n), a copy of the Administrative Record was sent to counsel for the Plaintiff.

Dated:  May 15, 2020                           Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　DIANE KELLEHER
　　　　　　　　　　　　　　　　　　　Assistant Director

　　　　　　　　　　　　　　　　　　　  /s/ *Nathan M. Swinton*
　　　　　　　　　　　　　　　　　　　NATHAN M. SWINTON
　　　　　　　　　　　　　　　　　　　Senior Trial Counsel (NY Bar)

                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street, N.W.
                Washington, DC  20005
                Tel:  (202) 305-7667
                Fax:  (202) 616-8470
                E-mail:  Nathan.M.Swinton@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| OLEG DERIPASKA, | ) ) ) |  |
| *Plaintiff*, | ) ) |  |
| v. | ) ) | Civil Action No. 1:19-cv-00727 |
| STEVEN T. MNUCHIN, Secretary of the Department of the Treasury, *et al.*, | ) ) ) ) ) |  |
| *Defendants.* | ) ) |  |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Leila Baheri, declare as follows:

1. I am currently employed as the Assistant Director in the Global Weapons of Mass Destruction (WMD), Middle East, Europe & Russia Division (GME) of the Office of Global Targeting at the U.S. Department of the Treasury, Office of Foreign Assets Control (OFAC).

2. I have served in this capacity since 2017. I have been employed by OFAC since 2003, first as a Sanctions Investigator, later as a Section Chief and then Assistant Director of other Divisions within OGT, before assuming my current position. I lead a unit within OFAC that is responsible for, among other things, designations under Executive Order 13661 of March 16, 2014, "Blocking Property of Additional Persons Contributing to the Situation in Ukraine," Executive Order 13662 of March 20, 2014, "Blocking Property of Additional Persons Contributing to the Situation in Ukraine," and the Ukraine Related Sanctions Regulations, 31 C.F.R. Part 589. That unit is also responsible for evaluating petitions for delisting under those

1

authorities.  As such, I am authorized to certify the truth and correctness of official records of OFAC, and of other documents recorded or filed with OFAC.

3. The facts attested to herein are based on my personal knowledge or information made available to me in the course of my official duties.

4. I hereby certify to the best of my knowledge and belief that the documents described in the attached index constitute a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered in connection with OFAC's decision to designate plaintiff Oleg Deripaska under Executive Order 13661, as well as OFAC's decision to deny his petition seeking delisting under Executive Order 13662.[1]  The administrative record, as well as the index, was redacted to remove classified or privileged information, before production to the Plaintiff.

---

[1] The slip sheets used in this Administrative Record to designate where in the Record withheld classified documents appear are different than the slip sheets used by OFAC originally in conjunction with the evidentiary memoranda, including those appearing in the prior Administrative Record filed in this case, see ECF No. 6-1, and those provided to Plaintiff in response to his request for reconsideration of his designation pursuant to Executive Order 13662. The substitution for these slip sheets was made for this case only for clarity and ease of reference, and it does not affect the substance or contents of the Administrative Record in any way.

2

In accordance with 28 U.S.C. § 1746, I certify and declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 15, 2020
                                /s/ *Leila Baheri*
Leila Baheri
Assistant Director
Global WMD, Middle-East, Europe & Russia
Office of Global Targeting
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Freedman's Bank Building
Washington, DC 20220

## (U) Oleg Vladimirovich DERIPASKA Document Index

| Document Title | Bates Number |
|---|---|

### DESIGNATION OF PLAINTIFF UNDER E.O. 13661

| | Document Title | Bates Number |
|---|---|---|
| 1. | (U) E.O. 13661 Designation and Blocking Memorandum | 0001-0004 |
| 2. | (U) UKRAINE-EO13661-13321 Clearance Sheet | 0005 |
| 3. | (U) UKRAINE-EO13661-13321 Designation Evidentiary | 0006-0014 |
| 4. | (U) Executive Order 13661 of March 16, 2014, "Blocking Property of Additional Persons Contributing to the Situation in Ukraine," 79 Fed. Reg. 15535 (March 19, 2014). | 0015-0017 |
| 5. | (U) Executive Order 13662 of March 20, 2014, "Blocking Property of Additional Persons Contributing to the Situation in Ukraine," 79 Fed. Reg. 16169 (March 24, 2014). | 0018-0020 |
| 6. | (U) U.S. Department of the Treasury, "Determination Pursuant to Section l(a)(i) of Executive Order 13662," July 16, 2014. | 0021 |
| 7. | (U) Bloomberg, "Bloomberg Billionaires Index # 179 Oleg Deripaska," available at www.bloomberg.com/billionaires/profiles/oleg-deripaska/, accessed January 31, 2018. | 0022-0027 |
| 8. | (U) Web site of Oleg Deripaska, Family, available at www.deripaska.com/about/biography/, accessed January 31, 2018. | 0028-0037 |
| 9. | (U) Forbes, Oleg Deripaska, available at www.forbes.com/profile/oleg-deripaska/, accessed January 31, 2018. | 0038-0039 |
| 10. | (U) The Guardian, "Mega-Rich Homes Tour Puts Spotlight on London's Oligarchs," Luke Harding, February 4, 2016, available at www.theguardian.com/uk-news/2016/feb/04/mega-rich-homes-tour-london-oligarchs-russia-alexei-navalny-putin. | 0040-0042 |
| 11. | (U) Google.com, 5 Belgrave Square London, available at www.google.com/maps/, accessed February 28, 2018. | 0043 |
| 12. | (U) The Telegraph, "Oligarch Linked to Politicians 'Ordered Murder of Banker,'" Sam Marsden, July 10, 2012, available at www.telegraph.co.uk/ finance/financial-crime/9387913/Oligarch-linked-to-politicians-ordered-murder-of-banker.html. | 0044-0045 |
| 13. | (U) The Times, "Billionaire 'With Mafia Links Spied on Rivals,'" Roger Boyes and Alex Spence, July 9, 2012, available at www.thetimes.co.uk/article/billionaire-with-mafia-links-spied-on-rivals-5bgt5k5brb6. | 0046-0048 |
| 14. | (U) Financial Times, "Close to the Wind: Russia's Oligarchs," Catherine Belton, October 24, 2008, available at www.ft.com/content/d96aa8ac-a 1 f9-11 dd-a32f-000077b07658. | 0049-0053 |
| 15. | (U) OCCRP, "Russian Billionaire Linked to Trump, Manafort Has New Cyprus Passport," Sara Farolfi and Stelios Orphanides, March 5, 2018, available at: www.occrp.org/en/goldforvisas/Russian-billionaire-linked-to-trump-manafort-has-new-cyprus-passport. | 0054-0057 |
| 16. | (U) U.S. Department of Justice, Foreign Agents Registration Act Filing- Endeavor Group, May 8, 2009. | 0058-0061 |

17. Placeholder Slip Sheet #1   (3 pages)                                                0062
18. Placeholder Slip Sheet #2   (4 pages)                                                0063
19. Placeholder Slip Sheet #3   (3 pages)                                                0064
20. (U) Declaration of Oleg Deripaska in Opposition to Gliklad's                         0065-0068
    Motion for Summary Judgement and in Support of Deripaska's
    Cross Motion, *Alexander Gliklad v. Oleg Deripaska*, 652641/2015
    (Supreme Court of the State of New York County of New York),
    filed on June 9, 2016.
21. Placeholder Slip Sheet #4   (11 pages)                                               0069
22. (U) U.S. Department of the Treasury web site, Press Release,                         0070-0071
    Announcement of Additional Treasury Sanctions on Russian Financial
    Institutions and on a Defense Technology Entity," July 29, 2014, available at
    www.treasury.gov/press-center/pressreleases/Pages/jl2590.aspx.
23. (U) The Nation, "McCain's Kremlin Ties," Mark Ames and Ari                           0072-0089
    Berman, October 1, 2008, available at www.thenation.com/article
    mccains-kremlin-ties/.
24. Placeholder Slip sheet #5   (4 pages)                                                0090
25. (U) Web site of Oleg Deripaska, Initiatives, available at                            0091-0095
    www.deripaska.com/business/, accessed March 22, 2018.
26. (U) Web site of Oleg Deripaska, Business, available at                               0096-0108
    www.deripaska.com/business/, accessed January 31, 2018.
27. (U) EN+ Group, "Prospectus," November 3, 2017, available at                          0109-0136
    www.enplus.ru/content/dam/enplus/corporate/investors/regulatory-news/
    enplus-group-prospectus.pdf.
28. (U) Web site of EuroSibEnergo, www.eurosib.ru/en/, accessed                          0137-0144
    February 12, 2018.
29. Placeholder Slipsheet #6   (6 pages)                                                 0145
30. (U) Complaint - Oleg V. Deripaska v. The Associated Press, 1:l7-                     0146-0157
    cv-00913, May 5, 2017 (DDC).

**DENIAL OF PLAINTIFF'S PETITION SEEKING DELISTING PURSUANT TO E.O. 13662**

31. (U) UKRAINE-EO13662-16174 Denial Evidentiary                                         0158-0169
32. (U) Executive Order 13662 of March 20, 2014, "Blocking Property of                   0170-0173
    Additional Persons Contributing to the Situation in Ukraine," 79 Fed. Reg.
    16169 (March 24, 2014).
33. (U) Website of En+, "Separate interim condensed financial information                0174-0189
    for the nine months ended 30 September 2019," uploaded on November 14, 2019
    available at https://www.enplusgroup.com/en.investors/results-anddisclosure/.
34. (U) Ferrari & Associates, "Request for Administrative Reconsideration,"              0190-0220
    June 27, 2019.
35. (U) Office of Foreign Assets Control, "Questionnaire," November 13, 2019.            0221-0222
36. (U) Ferrari & Associates, "Response to OFAC's November 13, 2019                      0223-0232
    Questionnaire," January 5, 2020 (sent January 6, 2020).
37. (U) Ferrari & Associates, "Response to OFAC's February 14, 2020                      0233-0251
    Questionnaire," February 21, 2020.
38. (U) World of Renewables Website, "En+ Group is Highest Ranked                        0252-0255
    Russian Renewable Energy Company in 2019 Green Utilities
    Global Report," November 8, 2019, available at
    "https://worldof renewables.com/engroup-is-highest-ranked-
    russian-renewable-energy-company-in-2019-green-utilities-global-report/,

| | |
|---|---|
| accessed on February 24, 2020. | |
| 39. (U) World of Renewables Website, "About Us," available at https://worldofrenewables.com/about-us/, accessed on February 24, 2020. | 0256-0260 |
| 40. (U) Eurosibenergo Website, "About Eurosibenergo," available at http://pomplo.ru/en/about/, accessed on February 18, 2020. | 0261-0263 |
| 41. (U) Bloomberg, "Russia's Largest Bitcoin Mine Turns Water into Cash," November 23, 2019, available at https://www.bloomberg.com/news/features/2019-11-24/seo-inside-russias-largest-bitcoin-mine, accessed on February 24, 2020. | 0264-0266 |
| 42. (U) "Sanctions Actions Pursuant to Executive Orders 13660, 13661 and 13662," 79 Fed. Reg. 63021 (October 21, 2014). | 0267-276 |
| 43. Placeholder Slip Sheet #7 (64 pages) | 0277 |
| 44. (U) Orbis, "JSC Eurosibenergo," December 2017, accessed on February 21, 2020. | 0278-0289 |
| 45. (U) En+ Group website," En+ Group Sustainability Report 2018," September18, 2019, available at https://www.enplusgroup.com/en/investors /results-and-disclosure/, accessed on February 25, 2020. | 0290-0321 |
| 46. (U) En+ Group website, available at https://www.enplusgroup.com/en/investors /res, accessed on February 18, 2020. | 0322-0324 |
| 47. (U) En+ Group website, "Power Segment," available at https://www.eoplusgroup.com/en/explore-enplus/power-segment/, accessed on February 18, 2020. | 0325-0327 |
| 48. (U)TASS, "Deripaska reduces stake in En+ to 44.95%," January 28, 2019, available at https://tass.com/economy/1042031, accessed on February 26, 2020. | 0328-0329 |
| 49. (U) *Deripaska v. Mnuchin*, No. 19-cv-727, United States District Court for the District of Columbia, "Amended Complaint," ECF No. 7, filed June 20, 2019. | 0330-0354 |
| 50. (U) Embassy of the Russian Federation in the Kingdom of Thailand, "Meeting with members of APEC Business Advisory Council," November 10, 2017, available at https://thailand.mid.ru/cn/key-issues/3286-meeting-with-members-of-apec-business-advisory-council, accessed on February 28,2020. | 0355-0356 |
| 51. (U) APEC, "APEC Business Advisory Council," available at https://www.apec.org/Groups/Other-Groups/APEC-Business-Advisory-Council, accessed on February 28, 2020. | 0357-0364 |
| 52. (U)Website of Oleg Deripaska, Initiatives, available at www.deripaska.com/initiatives accessed on March 22, 2018. | 0365-0369 |
| 53. (U)Website of Orbis, Overview, available at https://www.bvdinfo.com/engb/ our-products/data/international/orbis, accessed on March 1, 2020. | 0370-0380 |
| 54. (U)Excerpts of En+ Group, "Prospectus," November 3, 2017, available at www.enplus.ru/content/dam/enplus/corporate/investors/regulatory-news/enplus-group-prospectus.pdf. | 0381-0408 |
| 55. (U) Notice of-OFAC Sanctions Actions, 83 Fed. Reg. 19138 (May 1, 2018). | 0409-0412 |
| 56. (U) U.S. Department of the Treasury Press Release, "Treasury Designates Russian Oligarchs, Officials, and Entities in Response to Worldwide Malign Activity," April 6, 2018, available at https://home.treasury.gov/news/press-releases/sm0338. | 0413-0420 |
| 57. (U) E.O. 13662 Designation and Blocking Memorandum | 0421-0424 |
| 58. (U) UKRAINE-EO13661-13321 Clearance Sheet | 0425 |

| | |
|---|---|
| 59. (U) UKRAINE-EO13661-13321 Designation Evidentiary | 0426-0434 |
| 60. (U) Executive Order 13661 of March 16, 2014, "Blocking Property of Additional Persons Contributing to the Situation !n Ukraine," 79 Fed. Reg. 15535 (March 19, 2014). | 0435-0437 |
| 61. (U) Executive Order 13662 of March 20, 2014, "Blocking Property of Additional Persons Contributing to the Situation in Ukraine," 79 Fed. Reg. 16169 (March 24, 2014). | 0438-0440 |
| 62. (U) U.S. Department of the Treasury, "Determination Pursuant to Section l(a)(i) of Executive Order 13662," July 16, 2014. | 0441 |
| 63. (U) Bloomberg, "Bloomberg Billionaires Index # 179 Oleg Deripaska," available at www.bloomberg.com/billionaires/profiles/oleg-deripaska/, accessed January 31, 2018. | 0442-0447 |
| 64. (U) Web site of Oleg Deripaska, Family, available at www.deripaska.com/about/biography/, accessed January 31, 2018. | 0448-0457 |
| 65. (U) Forbes, Oleg Deripaska, available at www.forbes.com/profile/oleg-deripaska/, accessed January 31, 2018. | 0458-0459 |
| 66. (U) The Guardian, "Mega-Rich Homes Tour Puts Spotlight on London's Oligarchs," Luke Harding, February 4, 2016, available at www.theguardian.com/uk-news/2016/feb/04/mega-rich-homes-tour-London-oligarchs-russia-alexei-navalny-putin. | 0460-0462 |
| 67. (U) Google.com, 5 Belgrave Square London, available at www.google.com/maps/, accessed February 28, 2018. | 0463 |
| 68. (U) The Telegraph, "Oligarch Linked to Politicians 'Ordered Murder of Banker,'" Sam Marsden, July 10, 2012, available at www.telegraph.co.uk/ finance/financial-crime/9387913/Oligarch-linked-to-politicians-ordered- murder-of-banker.html. | 0464-0465 |
| 69. (U) The Times, "Billionaire 'With Mafia Links Spied on Rivals,'" Roger Boyes and Alex Spence, July 9, 2012, available at www.thetimes.co.uk/article/billionaire-with-mafia-links-spied-onrivals-5bgt5k5brb6. | 0466-0468 |
| 70. (U) Financial Times, "Close to the Wind: Russia's Oligarchs," 0052-0056 Catherine Belton, October 24, 2008, available at www.ft.com/content/d96aa8ac-a1f9-11dd-a32f-000077b07658. | 0469-0473 |
| 71. (U) OCCRP, "Russian Billionaire Linked to Trump, Manafort Has New Cyprus Passport," Sara Farolfi and Stelios Orphanides, March 5, 2018, available at: www.occrp.org/en/goldforvisas/russianbillionaire-linked-to-trump-manafort-has-new-cyprus-passport. | 0474-0477 |
| 72. (U) U.S. Department of Justice, Foreign Agents Registration Act Filing- Endeavor Group, May 8, 2009. | 0478-0481 |
| 73. Placeholder Slip Sheet #8  (3 pages) | 0482 |
| 74. Placeholder Slip Sheet #9  (4 pages) | 0483 |
| 75. Placeholder Slip Sheet#10  (3 pages) | 0484 |
| 76. (U) Declaration of Oleg Deripaska in Opposition to Gliklad's Motion for Summary Judgement and in Support of Deripaska's Cross Motion, *Alexander Gliklad v. Oleg Deripaska*, 652641/2015 (Supreme Court of the State of New York County of New York), filed on June 9, 2016. | 0485-0488 |
| 77. Placeholder Slip Sheet #11   (11 pages) | 0489 |
| 78. (U) U.S. Department of the Treasury web site, Press Release, | 0490-0491 |

| | |
|---|---|
| "Announcement of Additional Treasury Sanctions on Russian Financial Institutions and on a Defense Technology Entity," July 29, 2014, available at www.treasury.gov/press-center/pressreleases/Pages/jl2590.aspx. | |
| 79. (U) The Nation, "McCain's Kremlin Ties," Mark Ames and Ari Berman, October 1, 2008, available at www.thenation.com/article/mccains-kremlin-ties/. | 0492-0509 |
| 80. Placeholder Slip Sheet #12   (4 pages) | 0510 |
| 81. (U) Web site of Oleg Deripaska, Initiatives, available at www.deripaska.com/initiatives, accessed March 22, 2018. | 0511-0515 |
| 82. (U) Web site of Oleg Deripaska, Business, available at www.deripaska.com/business/, accessed January 31, 2018. | 0516-0528 |
| 83. (U) EN+ Group, "Prospectus," November 3, 2017, available at www.enplus.ru/content/dam/enplus/corporate/investors/regulatorynews/en pl us-group-prospectus.pdf. | 0529-0556 |
| 84. (U) Web site of EuroSibEnergo, www.eurosib.ru/en/, accessed February 12, 2018. | 0557-0564 |
| 85. Placeholder Slipsheet #13  (6 pages) | 0565 |
| 86. (U) Complaint - *Oleg V. Deripaska v. The Associated Press*, 1:17-cv-00913, May 5, 2017 (DDC). | 0566-0577 |