IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG DERIPASKA,<br><br>           Plaintiff,<br><br>   v.<br><br>STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL,<br><br>           Defendants. | Civil Action No. 19-cv-00727 (APM) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute undersigned counsel Amy Powell for all Defendants in this matter in place of Nathan Swinton, who is leaving the Civil Division of the Department of Justice for other employment. Ms. Powell's contact information is as follows:

Amy Powell
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St, Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

Dated: July 27, 2020                              Respectfully Submitted,

                                                       ETHAN DAVIS
                                                       Acting Assistant Attorney General

                                                       DIANE KELLEHER
                                                       Assistant Director, Federal Programs Branch

                                                       */s/Amy E. Powell*
                                                       AMY E. POWELL
                                                       Trial Attorney, Federal Programs Branch

Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov