UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OLEG DERIPASKA, <br><br>        *Plaintiff*, <br><br>v. <br><br>STEVEN T. MNUCHIN, *et al.* <br><br>        *Defendants*. | Civil Action No. 19-0727 (APM) |

**CONSENT MOTION TO EXTEND TIME TO FILE JOINT APPENDIX**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Oleg Deripaska respectfully requests this Court grant an extension of time to file the Joint Appendix until such time as the Court has ruled on Deripaska's pending Motion to Supplement the Administrative Record, ECF No. 36. Because the final memorandum on Deripaska's Cross-Motion for Summary Judgment, ECF No. 31, was filed July 17, 2020, the Joint Appendix is currently due to be filed by July 31, 2020 pursuant to LCvR 7(n)(2). However, due to the pending motion to supplement the administrative record—which, if granted, may require the designation of additional pages in the Joint Appendix—Deripaska respectfully contends that an extension of time to file the Joint Appendix would serve to promote the values of judicial economy and efficiency.

1.      The Joint Appendix is due to be filed on or before July 31, 2020. Based on the current administrative record disclosed to the Court, the contents of the Joint Appendix have been agreed to by the parties.

2.      Deripaska recently filed a Motion to Supplement the Administrative Record. This motion seeks supplement the administrative record with additional documents and materials that were considered by, or otherwise before, Defendant the United States Department of the Treasury's Office of Foreign Assets Control ("OFAC") when the agency designated Deripaska under Executive Order ("E.O.") 13661 and E.O. 13662 and/or denied Deripaska's E.O. 13662 delisting petition. It is Deripaska's contention that the administrative record certified to the Court is incomplete and requires supplementation in order for the Court to fairly assess Defendants' challenged actions.

3.      Because the designation and disclosure of a Joint Appendix before a determination by the Court as to whether the certified administrative record is complete would be contrary to the values of judicial economy and efficiency, Deripaska is seeking a brief extension of time to file the Joint Appendix. Following the Court's ruling on Deripaska's pending Motion to Supplement the Administrative Record, Deripaska intends to file the Joint Appendix within one (1) week. Neither Deripaska nor Defendants stand to be prejudiced by any delay caused by briefly extending the time to file the Joint Appendix.

4.      Undersigned counsel has conferred with Defendants' counsel regarding this instant motion and has been informed that Defendants consent to this motion.

Dated: July 30, 2020                                    Respectfully submitted,

/s/ Erich C. Ferrari
Erich C. Ferrari, Esq.
FERRARI & ASSOCIATES, P.C.
1455 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370

                                          Fax: (877) 448-4885
                                          Email: ferrari@falawpc.com
                                          D.C. Bar No. 978253

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OLEG DERIPASKA )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>STEVEN T. MNUCHIN, *et al.* )<br>)<br>*Defendants*. )<br>) | Civil Action No. 19-0727 (APM) |

**[PROPOSED] ORDER**

Upon due consideration of Plaintiff's Consent Motion to Extend Time to File the Joint Appendix, Plaintiff's motion is GRANTED. It is hereby ORDERED that the Joint Appendix be filed on this Court's public docket no later than one (1) week following this Court's ruling on Plaintiff's Motion to Supplement the Administrative Record, ECF No. 36.

**SO ORDERED.**

Date: _____, 2020        _____
                                            HON. AMIT P. MEHTA
                                            United States District Judge