IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG DERIPASKA,<br><br>             Plaintiff,<br><br>   v.<br><br>STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL,<br><br>             Defendants. | Civil Action No. 19-cv-00727 (APM) |

**DEFENDANTS' NOTICE OF CLASSIFIED LODGING**

Defendants, through undersigned counsel, hereby provide notice that today, July 31, 2020, Defendants are lodging for submission classified information in support of their motion to dismiss or, in the alternative, for summary judgment, ECF No. 27, and in support of their opposition to Plaintiff's cross-motion for summary judgment, ECF No. 37.  This *ex parte*, *in camera* submission includes classified portions of the Administrative Record in this matter.  *See* 50 U.S.C. § 1702(c) (permitting *ex parte*, *in camera* review of classified information used in designations pursuant to the International Emergency Economic Powers Act); Executive Order 13,526, 75 Fed. Reg. 707 (Dec. 29, 2009) (governing national security information).  This submission further includes information that was withheld from the unredacted Administrative Record because it contains confidential business information.  The submission is being lodged for secure storage and for secure transmission to the Court (upon request) with the U.S. Department of Justice, Litigation Security Group, Washington, DC, (202) 514-9016.  The Court may contact undersigned counsel, or the

1

Litigation Security Group, to assist in securing delivery of this submission for review at the Court's convenience.

Dated:  July 31, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

DIANE KELLEHER
Assistant Director

  /s/ *Amy E. Powell*
AMY E. POWELL
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email: amy.powell@usdoj.gov