IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG DERIPASKA,<br><br>            Plaintiff,<br><br>    v.<br><br>STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL,<br><br>            Defendants. | Civil Action No. 19-cv-00727 (APM) |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

      Defendants respectfully request a brief one-week extension of time in which to respond to Plaintiff's Motion to Supplement the Administrative Record, such that Defendants' response is due August 20, 2020.  Plaintiff filed the motion the evening of July 30, 2020.  Pursuant to Local Rule 7(b), therefore, Defendant's response is otherwise due on or before August 13, 2020.  Undersigned counsel has consulted with Plaintiff's counsel, who consents to this motion.

      This is the first request to extend this deadline, and it is supported by good cause.  Undersigned counsel was only recently assigned to this matter, having put in an appearance on July 27, 2020, after cross motions for summary judgment were fully briefed.  Responding to the Motion to Supplement the Administrative Record will require a detailed understanding on the administrative record and pending cross-motions for summary judgment.  Undersigned counsel has also had several filings due in other matters last week.  In light of the press of other business and the need for undersigned counsel to come up to speed, Defendants respectfully request a one-week extension such that Defendants' opposition will be due on or before August 20, 2020.

Dated: August 11, 2020					Respectfully Submitted,

									ETHAN P. DAVIS
									Acting Assistant Attorney General

									DIANE KELLEHER
									Assistant Director, Federal Programs Branch

									*/s/Amy E. Powell*
									AMY E. POWELL
									Trial Attorney, Federal Programs Branch
									Civil Division, Department of Justice
									c/o U.S. Attorney's Office
									150 Fayetteville St., Suite 2100
									Raleigh, NC 27601
									Phone: 919-856-4013
									Email: amy.powell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG DERIPASKA,<br><br>         Plaintiff,<br><br>    v.<br><br>STEVEN T. MNUCHIN, Secretary of the UNITED STATES DEPARTMENT OF THE TREASURY, ANDREA M. GACKI, DIRECTOR OF THE OFFICE OF FOREIGN ASSESTS CONTROL,<br><br>         Defendants. | Civil Action No. 19-cv-00727 (APM) |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion for an Extension of Time, it is hereby ORDERED that the motion is GRANTED.  Defendants' shall respond to the Motion to Supplement the Record on or before August 20, 2020.

**SO ORDERED.**


Dated: _____          _____
                                                                             HON. AMIT P. MEHTA
                                                                             U.S. District Court Judge