UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG DERIPASKA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-cv-00727 (APM) |
| JANET L. YELLEN et al., | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 44, the court grants Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment and denies Plaintiff's Cross-Motion for Summary Judgment.

This is a final, appealable Order.

Dated: June 13, 2021

Amit P. Mehta
United States District Court Judge