# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG DERIPASKA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 19-0727 (APM) |
| ) | |
| v. ) | |
| ) | |
| JANET L. YELLEN, Secretary of the ) | |
| UNITED STATES DEPARTMENT OF ) | |
| THE TREASURY, ANDREA M. GACKI ) | |
| DIRECTOR OF THE OFFICE OF ) | |
| FOREIGN ASSETS CONTROL, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given this 5th day of July, 2021, that Plaintiff Oleg Deripaska appeals to the United States Court of Appeals for the District of Columbia from the Order granting Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment and denying Plaintiff's Cross-Motion for Summary Judgment entered on the 13th day of June, 2021, Dkt. 45, in favor of Defendants Janet L. Yellen; the United States Department of the Treasury; Andrea M. Gacki; and the United States Department of the Treasury's Office of Foreign Assets Control.

Respectfully submitted,

/s/ Erich C. Ferrari
Erich C. Ferrari, Esq.
FERRARI & ASSOCIATES, P.C.
1455 Pennsylvania Avenue, NW

Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
D.C. Bar No. 978253

*Counsel for Plaintiff Oleg Deripaska*

Dated:        July 5, 2021