# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-5157**　　　　　　　　　　　　　　　　　　**September Term, 2021**

1:19-cv-00727-APM

**Filed On: May 25, 2022** [1947980]

Oleg Deripaska,

       Appellant

  v.

Janet L. Yellen, in her official capacity as
Secretary of the United States Department
of the Treasury, et al.,

       Appellees

### M A N D A T E

In accordance with the judgment of March 29, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                          BY:　　/s/
                               Daniel J. Reidy
                               Deputy Clerk

Link to the judgment filed March 29, 2022